■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE PERRY, SR., Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered July 1, 1964, which, without a hearing, denied his application to vacate a judgment of said court rendered December 17, 1963, convicting him of assault in the second degree and possession of a dangerous weapon (as a felony), upon a jury verdict, and imposing sentence upon him as a second felony offender. Upon this appeal, defendant has brought up for review a subsequent order of said court, entered August 4, 1964 upon reargument, which adhered to the original decision (see Code Crim. Proc., § 524-b). Appeals dismissed. It appears that the judgment was reversed by this court on July 12, 1965 and a new trial was granted *(People v. Perry,* 24 A D 2d 611) and that on September 20, 1965 defendant pleaded guilty to the crime of assault in the third degree and was sentenced to the time

already served. Accordingly, the appeals have become moot. Beldock, P. J., Ughetta, Brennan, Hopkins and Benjamin, JJ., concur.